UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. CORJASSO, III, | No. 2:14-cv-2918 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| W. KNIPP, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

By an order filed December 22, 2014, petitioner was ordered to file a request to proceed in forma pauperis or to pay the appropriate filing fee, within thirty days, or his petition for writ of habeas corpus would be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case and IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

/////

1

1 | specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | Dated: February 2, 2015

                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

1
corj2918.fifp